-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JEFFREY D. GIBSON, 08B0893,

       Petitioner,

       -v-                               12-CV-6031Fe
                                            **ORDER**
THOMAS LAVALLEY, Supt. Clinton
Correctional Facility,

       Respondent.
_____

    By Order filed January 24, 2012 (Docket #3), the Court directed respondent to file and serve an **answer** and **memorandum of law** to the petition herein by no later than March 13, 2012. Respondent has neither filed the responding papers nor requested an enlargement of the time in which to do so.  Accordingly,

    IT IS HEREBY ORDERED, that respondent is directed to file its answer by no later than **April 4, 2012;**

    FURTHER, that failure to do so by that date may result in appropriate sanctions and costs being imposed on respondent pursuant to Rule 11 of the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure; and

FURTHER, that the Clerk of Court shall serve a copy of this order, by certified mail, upon respondent and upon the Assistant Attorney General in Charge, 144 Exchange Street, Rochester, New York 14614.

**SO ORDERED.**

S/ Michael A. Telesca

_____
MICHAEL A. TELESCA
United States District Judge

Dated:   March 22, 2012
         Rochester, New York